| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| In re:<br><br>**Neftali Martinez** | CASE NO.:<br><br>CHAPTER: **7** |
|---|---|
| | **DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF**<br>**THE PETITION DATE**<br><br>**[11 U.S.C. § 521(a)(1)(B)(iv)]** |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1.   ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:   06/01/2026      Neftali Martinez

_____
Printed name of Debtor 1

_____
Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (*Check only ONE box below*):

☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____   _____   _____
                              Printed name of Debtor 2                Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.



**EISENHOWER HEALTH**
39000 Bob Hope Drive
Rancho Mirage, CA 92270

Eisenhower Medical Center   39000 Bob Hope Drive Rancho Mirage, CA 92270

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|---|-------------|------------------|----------------|------------|--------------|
| Neftali Martinez | Eisenhower Medical Center | | 53267 | 05/10/2026 | 05/23/2026 | 05/29/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 65.04 | 1,439.34 | 98.28 | 220.07 | 0.00 | 1,120.99 |
| YTD | | 14,458.11 | 1,364.52 | 2,062.50 | 0.00 | 11,031.09 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|-------------|-------|-------|------|--------|-----------|------------|
| Doubletime #2 | | | 0 | | 2.63 | 101.33 |
| Extra Shift $10.00 | 05/10/2026 - 05/23/2026 | 5.07 | 10 | 50.70 | 5.07 | 50.70 |
| Extra Shift $12.50 | | | 0 | | 3.3 | 41.25 |
| Meal Break Premiur | 05/10/2026 - 05/23/2026 | 1 | 19.98 | 19.98 | 5 | 96.38 |
| Non-Controllable O' | 05/10/2026 - 05/23/2026 | 11.1 | 29.09 | 322.90 | 109.93 | 3,158.14 |
| Overtime #1 | 05/10/2026 - 05/23/2026 | 0.87 | 29.09 | 25.32 | 12.64 | 363.47 |
| PTO Scheduled | | | 0 | | 60 | 1,260.60 |
| PTO Sick | | | 0 | | 10 | 210.10 |
| Regular Pay | 05/10/2026 - 05/23/2026 | 53.07 | 19.1 | 1,013.64 | 469.07 | 8,959.24 |
| Shift Diff 3-11 | 05/10/2026 - 05/23/2026 | 5.07 | 1.34 | 6.80 | 5.07 | 6.80 |
| Sick Pay | | | 0 | | 10 | 210.10 |
| **Earnings** | | | | **1,439.34** | | **14,458.11** |

### Employee Taxes

| Description | Amount | YTD |
|-------------|--------|-----|
| OASDI | 83.15 | 835.47 |
| Medicare | 19.44 | 195.39 |
| Federal Withholding | 77.08 | 653.90 |
| State Tax (Work) - CA | 22.44 | 191.07 |
| CA SDI - CASDI | 17.96 | 186.67 |
| **Employee Taxes** | **220.07** | **2,062.50** |

### Pre Tax Deductions

| Description | Amount | YTD |
|-------------|--------|-----|
| Dental Insurance | 16.57 | 165.70 |
| Medical Insurance | 77.37 | 773.70 |
| Tax Sheltered Annuity Lincoln | | 381.72 |
| Vision | 4.34 | 43.40 |
| **Pre Tax Deductions** | **98.28** | **1,364.52** |

### Employer Paid Benefits

| Description | Amount | YTD |
|-------------|--------|-----|
| Basic AD&D ER | 0.14 | 1.54 |
| Basic Life ER | 0.66 | 7.26 |
| Employer Dental | 0.52 | 5.20 |
| Employer Match (403b) | | 381.72 |
| Employer Medical | 454.53 | 4,545.30 |
| **Employer Paid Benefits** | **455.85** | **4,941.02** |

### Taxable Wages

| Description | Amount | YTD |
|-------------|--------|-----|
| OASDI - Taxable Wages | 1,341.06 | 13,475.31 |
| Medicare - Taxable Wages | 1,341.06 | 13,475.31 |
| Federal Withholding - Taxable Wages | 1,341.06 | 13,093.59 |

| | Federal | State |
|---|---------|-------|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|-------------|---------|---------|-----------|
| ELB | 0.924 | 0 | 42.504 |
| PTO | 5.74791 | 0 | 53.823534 |
| Sick Pay | 0 | 0 | 20 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|------|--------------|----------------|------------|--------|
| chase | chase ******3606 | ******3606 | | 1,120.99  USD |


**EISENHOWER HEALTH**
39000 Bob Hope Drive
Rancho Mirage, CA 92270

Eisenhower Medical Center    39000 Bob Hope Drive Rancho Mirage, CA 92270

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Neftali Martinez | Eisenhower Medical Center | | 53267 | 04/26/2026 | 05/09/2026 | 05/14/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 41.52 | 1,342.36 | 98.28 | 196.23 | 0.00 | 1,047.85 |
| YTD | | 13,018.77 | 1,266.24 | 1,842.43 | 0.00 | 9,910.10 |

| Earnings | | | | | | |
|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
| Doubletime #2 | | | 0 | | 2.63 | 101.33 |
| Extra Shift $12.50 | | | 0 | | 3.3 | 41.25 |
| Meal Break Premiun | 04/26/2026 - 05/09/2026 | 2 | 19.1 | 38.20 | 4 | 76.40 |
| Non-Controllable O' | 04/26/2026 - 05/09/2026 | 8 | 28.65 | 229.20 | 98.83 | 2,835.24 |
| Overtime #1 | 04/26/2026 - 05/09/2026 | 1.52 | 28.65 | 43.56 | 11.77 | 338.15 |
| PTO Scheduled | 04/26/2026 - 05/09/2026 | 10 | 21.01 | 210.10 | 60 | 1,260.60 |
| PTO Sick | 04/26/2026 - 05/09/2026 | 10 | 21.01 | 210.10 | 10 | 210.10 |
| Regular Pay | 04/26/2026 - 05/09/2026 | 32 | 19.1 | 611.20 | 416 | 7,945.60 |
| Sick Pay | | | 0 | | 10 | 210.10 |
| Earnings | | | | 1,342.36 | | 13,018.77 |

| Employee Taxes | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI | 77.13 | 752.32 |
| Medicare | 18.04 | 175.95 |
| Federal Withholding | 65.44 | 576.82 |
| State Tax (Work) - CA | 18.17 | 168.63 |
| CA SDI - CASDI | 17.45 | 168.71 |
| Employee Taxes | 196.23 | 1,842.43 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Dental Insurance | 16.57 | 149.13 |
| Medical Insurance | 77.37 | 696.33 |
| Tax Sheltered Annuity Lincoln | | 381.72 |
| Vision | 4.34 | 39.06 |
| Pre Tax Deductions | 98.28 | 1,266.24 |

| Employer Paid Benefits | | |
|---|---|---|
| Description | Amount | YTD |
| Basic AD&D ER | 0.14 | 1.40 |
| Basic Life ER | 0.66 | 6.60 |
| Employer Dental | 0.52 | 4.68 |
| Employer Match (403b) | | 381.72 |
| Employer Medical | 454.53 | 4,090.77 |
| Employer Paid Benefits | 455.85 | 4,485.17 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 1,244.08 | 12,134.25 |
| Medicare - Taxable Wages | 1,244.08 | 12,134.25 |
| Federal Withholding - Taxable Wages | 1,244.08 | 11,752.53 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| ELB | 0.924 | 0 | 41.58 |
| PTO | -16.33067 | 0 | 48.075624 |
| Sick Pay | 0 | 0 | 20 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| chase | chase ******3606 | ******3606 | | 1,047.85  USD |



**EISENHOWER HEALTH**
39000 Bob Hope Drive
Rancho Mirage, CA 92270

Eisenhower Medical Center    39000 Bob Hope Drive Rancho Mirage, CA 92270

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Neftali Martinez | Eisenhower Medical Center | | 53267 | 04/12/2026 | 04/25/2026 | 04/30/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 60.95 | 1,287.83 | 0.00 | 206.05 | 0.00 | 1,081.78 |
| YTD | | 11,676.41 | 1,167.96 | 1,646.20 | 0.00 | 8,862.25 |

| Earnings | | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | | Description | Amount | YTD |
| Doubletime #2 | | | 0 | | 2.63 | 101.33 | | OASDI | 79.84 | 675.19 |
| Extra Shift $12.50 | | | 0 | | 3.3 | 41.25 | | Medicare | 18.68 | 157.91 |
| Meal Break Premiu | | | 0 | | 2 | 38.20 | | Federal Withholding | 70.69 | 511.38 |
| Non-Controllable O' | 04/12/2026 - 04/25/2026 | 12 | 28.65 | 343.80 | 90.83 | 2,606.04 | | State Tax (Work) - CA | 20.10 | 150.46 |
| Overtime #1 | 04/12/2026 - 04/25/2026 | 0.95 | 28.65 | 27.23 | 10.25 | 294.59 | | CA SDI - CASDI | 16.74 | 151.26 |
| PTO Scheduled | | | 0 | | 50 | 1,050.50 | | | | |
| Regular Pay | 04/12/2026 - 04/25/2026 | 48 | 19.1 | 916.80 | 384 | 7,334.40 | | | | |
| Sick Pay | | | 0 | | 10 | 210.10 | | | | |
| **Earnings** | | | | **1,287.83** | | **11,676.41** | | **Employee Taxes** | **206.05** | **1,646.20** |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Dental Insurance | | 132.56 |
| Medical Insurance | | 618.96 |
| Tax Sheltered Annuity Lincoln | | 381.72 |
| Vision | | 34.72 |
| **Pre Tax Deductions** | **0.00** | **1,167.96** |

| Employer Paid Benefits | | | | Taxable Wages | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | | Description | Amount | YTD |
| Basic AD&D ER | 0.14 | 1.26 | | OASDI - Taxable Wages | 1,287.83 | 10,890.17 |
| Basic Life ER | 0.66 | 5.94 | | Medicare - Taxable Wages | 1,287.83 | 10,890.17 |
| Employer Dental | | 4.16 | | Federal Withholding - Taxable Wages | 1,287.83 | 10,508.45 |
| Employer Match (403b) | | 381.72 | | | | |
| Employer Medical | | 3,636.24 | | | | |
| **Employer Paid Benefits** | **0.80** | **4,029.32** | | | | |

| | Federal | State | | Absence Plans | | | |
|---|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) | | Description | Accrued | Reduced | Available |
| | | | | ELB | 0.924 | 0 | 40.656 |
| Allowances | 0 | 0 | | PTO | 5.386456 | 0 | 64.406294 |
| Total Dependent Amount | 0 | | | Sick Pay | 0 | 0 | 20 |
| Additional Withholding | 0 | 0 | | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| chase | chase ******3606 | ******3606 | | 1,081.78    USD |



EISENHOWER
HEALTH
39000 Bob Hope Drive
Rancho Mirage, CA 92270

Eisenhower Medical Center   39000 Bob Hope Drive Rancho Mirage, CA 92270

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Neftail Martinez | Eisenhower Medical Center | 53267 | 03/29/2026 | 04/11/2026 | 04/16/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 60.38 | 1,271.51 | 98.28 | 179.53 | 0.00 | 993.70 |
| YTD | | 10,388.58 | 1,167.96 | 1,440.15 | 0.00 | 7,780,47 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Doubletime #2 | | | 0 | | 2.63 | 101.33 | OASDI | 72.75 | 595.35 |
| Extra Shift $12.50 | | | 0 | | 3.3 | 41.25 | Medicare | 17.01 | 139.23 |
| Meal Break Premiur | | | 0 | | 2 | 38.20 | Federal Withholding | 56.94 | 440.69 |
| Non-Controllable O' | 03/29/2026 - 04/11/2026 | 11.85 | 28.65 | 339.51 | 78.83 | 2,262.24 | State Tax (Work) - CA | 16.30 | 130.36 |
| Overtime #1 | 03/29/2026 - 04/11/2026 | 0.53 | 28.65 | 15.20 | 9.3 | 267.36 | CA SDI - CASDI | 16.53 | 134.52 |
| PTO Scheduled | | | 0 | | 50 | 1,050.50 | | | |
| Regular Pay | 03/29/2026 - 04/11/2026 | 48 | 19.1 | 916.80 | 336 | 6,417.60 | | | |
| Sick Pay | | | 0 | | 10 | 210.10 | | | |
| Earnings | | | | 1,271.51 | | 10,388.58 | Employee Taxes | 179.53 | 1,440.15 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Dental Insurance | 16.57 | 132.56 |
| Medical Insurance | 77.37 | 618.96 |
| Tax Sheltered Annuity Lincoln | | 381.72 |
| Vision | 4,34 | 34,72 |
| Pre Tax Deductions | 98.28 | 1,167.96 |

| Employer Paid Benefits | | | | Taxable Wages | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | | Description | Amount | YTD |
| Basic AD&D ER | 0.14 | 1.12 | | OASDI - Taxable Wages | 1,173.23 | 9,602.34 |
| Basic Life ER | 0.66 | 5.28 | | Medicare - Taxable Wages | 1,173.23 | 9,602.34 |
| Employer Dental | 0.52 | 4.16 | | Federal Withholding - Taxable Wages | 1,173.23 | 9,220.62 |
| Employer Match (403b) | | 381.72 | | | | |
| Employer Medical | 454.53 | 3,636,24 | | | | |
| Employer Paid Benefits | 455.85 | 4,028.52 | | | | |

| | Federal | State | | Absence Plans | | | |
|---|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) | | Description | Accrued | Reduced | Available |
| | | | | ELB | 0.924 | 0 | 39.732 |
| Allowances | 0 | 0 | | PTO | 5.336083 | 0 | 59.019838 |
| Total Dependent Amount | 0 | | | Sick Pay | 0 | 0 | 20 |
| Additional Withholding | 0 | 0 | | | | | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| chase | chase ******3606 | ******3606 | | 993.70 | USD |


EISENHOWER
HEALTH
39000 Bob Hope Drive
Rancho Mirage, CA 92270

Eisenhower Medical Center    39000 Bob Hope Drive Rancho Mirage, CA 92270

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Neftali Martinez | Eisenhower Medical Center | | 53267 | 03/15/2026 | 03/28/2026 | 04/02/2026 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 49.78 | 1,483.51 | 98.28 | 232.01 | 0.00 | 1,153.22 |
| YTD | | 9,117.07 | 1,069.68 | 1,260.62 | 0.00 | 6,786.77 |

| Earnings | | | | | | |
|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
| Doubletime #2 | | | 0 | | 2.63 | 101.33 |
| Extra Shift $12.50 | | | 0 | | 3.3 | 41.25 |
| Meal Break Premiu | 03/15/2026 - 03/28/2026 | 1 | 19.1 | 19.10 | 2 | 38.20 |
| Non-Controllable O | 03/15/2026 - 03/28/2026 | 9.48 | 28.65 | 271.61 | 66.98 | 1,922.73 |
| Overtime #1 | 03/15/2026 - 03/28/2026 | 0.3 | 28.65 | 8.60 | 8.77 | 252.16 |
| PTO Scheduled | 03/15/2026 - 03/28/2026 | 20 | 21.01 | 420.20 | 50 | 1,050.50 |
| Regular Pay | 03/15/2026 - 03/28/2026 | 40 | 19.1 | 764.00 | 288 | 5,500.80 |
| Sick Pay | | | 0 | | 10 | 210.10 |
| Earnings | | | | 1,483.51 | | 9,117.07 |

| Employee Taxes | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI | 85.88 | 522.60 |
| Medicare | 20.08 | 122.22 |
| Federal Withholding | 82.38 | 383.75 |
| State Tax (Work) - CA | 24.38 | 114.06 |
| CA SDI - CASDI | 19.29 | 117.99 |
| Employee Taxes | 232.01 | 1,260.62 |

| Pre Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Dental Insurance | 16.57 | 115.99 |
| Medical Insurance | 77.37 | 541.59 |
| Tax Sheltered Annuity Lincoln | | 381.72 |
| Vision | 4.34 | 30.38 |
| Pre Tax Deductions | 98.28 | 1,069.68 |

| Employer Paid Benefits | | |
|---|---|---|
| Description | Amount | YTD |
| Basic AD&D ER | 0.14 | 0.98 |
| Basic Life ER | 0.66 | 4.62 |
| Employer Dental | 0.52 | 3.64 |
| Employer Match (403b) | | 381.72 |
| Employer Medical | 454.53 | 3,181.71 |
| Employer Paid Benefits | 455.85 | 3,572.67 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 1,385.23 | 8,429.11 |
| Medicare - Taxable Wages | 1,385.23 | 8,429.11 |
| Federal Withholding - Taxable Wages | 1,385.23 | 8,047.39 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | Single or Married (with two or more incomes) |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| ELB | 0.924 | 0 | 38.808 |
| PTO | -15.600693 | 0 | 53.683755 |
| Sick Pay | 0 | 0 | 20 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| chase | chase ******3606 | ******3606 | | 1,153.22   USD |