Certificate Number: 14912-CAC-DE-041289045

Bankruptcy Case Number: 26-14520



14912-CAC-DE-041289045

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 4, 2026</u>, at <u>11:35</u> o'clock <u>PM EDT</u>, <u>Neftali Martinez</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date: <u>August 4, 2026</u>   By: <u>/s/Jai Bhatt</u>

Name: <u>Jai Bhatt</u>

Title: <u>Counselor</u>